UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLA GAY BRUCE,<br><br>        Plaintiff,<br><br>   vs.<br><br>BLOOM,<br><br>        Defendants. | 1:17-cv-00914-EPG (PC)<br><br>ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO MAINTAIN A CURRENT MAILING ADDRESS<br><br>**14 DAY DEADLINE** |

      Darla Gay Bruce ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on July 3, 2017.

      On July 11, 2017, the Court mailed two Court Orders to Plaintiff at her address on the docket. (ECF No. 5). Those Orders were returned as undeliverable (no reason given) shortly after they were mailed.

      A *pro se* plaintiff must keep the Court and opposing parties informed of the party's correct current address. Local Rule 182(f). If a party moves to a different address without filing and serving a notice of change of address, documents served at a party's old address of record shall be deemed received even if not actually received. *Id.*

      If mail directed to a *pro se* plaintiff at the address of record is returned by the United States Postal Service as undeliverable, the order will not be re−served a second time absent a notice of change of address. If a *pro se* plaintiff's address is not updated within sixty−three (63) days of mail being returned as undeliverable, the case will be dismissed for failure to prosecute. Local Rule 183(b).

Accordingly, Plaintiff is ORDERED to SHOW CAUSE as to why this case should not be dismissed for failure to prosecute and failure to maintain a current mailing address. Plaintiff shall file a written show cause response no later than 14 days from the date of this Order.

IT IS SO ORDERED.

Dated: **October 4, 2017**

/s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE